IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **RUBI REAL** | **PLAINTIFFS** |
| v. | No. 3:22-cv-119-RP |
| **EL NOPALITO MEXICAN GRILL, INC. et al** | **DEFENDANTS** |

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**THEREFORE, IT IS ORDERED** that this action is dismissed without prejudice. The court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. Once the settlement has been completed, the parties may move for or stipulate to a dismissal with prejudice.

**SO ORDERED**, this the 23rd day of February, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE